# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-15-00805-CV

### In the Matter of Y. D. H.

### FROM DISTRICT COURT OF TRAVIS COUNTY, 98TH JUDICIAL DISTRICT
### NO. J-1-JV-15-000790, HONORABLE RHONDA HURLEY, JUDGE PRESIDING

## O R D E R   A N D   M E M O R A N D U M   O P I N I O N

**PER CURIAM**

Appellant Y.D.H., a juvenile, filed a notice of appeal from his adjudication of guilt for delinquent conduct. Appellant's brief was due in this Court on February 12, 2016. On February 17, we notified appellant's counsel that appellant's brief was overdue and that if we did not receive a satisfactory response from counsel on or before February 29, 2016, a hearing before the trial court would be ordered. To date, appellant's brief has not been filed, nor have we received a response from counsel.

We therefore abate the cause and remand it to the trial court to hold a hearing in accordance with rule 38.8 of the Rules of Appellate Procedure. *See* Tex. R. App. P. 38.8(a)(2), (b)(2), (3). The trial court shall conduct a hearing immediately to determine whether appellant still wishes to prosecute this appeal, whether appellant is indigent, and whether counsel has abandoned the appeal. *See id.* If appellant desires to appeal and is indigent, the trial court should make appropriate orders to ensure that appellant is adequately represented on appeal. *See id.* Following

the hearing, the trial court should order the appropriate supplementary clerk's and reporter's records to be prepared and forwarded to this Court no later than May 2, 2016. *See id.*

It is ordered April 8, 2016

Before Justices Puryear, Goodwin, and Field

Abated and Remanded

Filed: April 8, 2016

2